UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANDREW J. EICK and
DEAN F. KUSIK,

        Plaintiffs,

        v.                               Case No. 20-C-1263

PFIZER, INC., et al.,

        Defendants.

---

## ORDER STAYING PROCEEDINGS

---

Plaintiffs filed a product liability action against Defendants alleging harm caused by the use of Defendants' product Dilantin. The parties have filed a joint motion to stay all proceedings pending mediation, scheduled to begin by the end of June 2021. The joint motion to stay (Dkt. No. 15) is **GRANTED**. All deadlines are hereby suspended, and the parties are directed to file a status report on or before August 15, 2021.

Dated at Green Bay, Wisconsin this 17th day of February, 2021.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge